UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil Action  No. 05CV11499-RWZ

Title: JDS V. DAVID KORNACKI ET AL

N O T I C E

Please take notice that the above entitled civil matter was inadvertently assigned to Judge ZOBEL  at case opening and should have been assigned to Judge NEIMAN.  The case has now been reassigned to Judge NEIMAN for all further proceedings.   From this date forward the number on all pleadings should be followed by the initials KPN.  In addition, please ensure that all future correspondence with the Clerk's Office has the proper case number and initials on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK

By:       s/ Lisa A. Urso
Deputy Clerk

Date:  7/21/05

Copies to:      Counsel,  Systems Administrator

(Transerr.ntc - 10/96) [ntccsasgn.]