UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JDS UNIPHASE CORPORATION )<br>BENEFITS COMMITTEE of the JDS )<br>UNIPHASE CORPORATION )<br>EMPLOYEE 401(k) RETIREMENT PLAN )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>DAVID M. KORNACKI, as Administrator )<br>of the Estate of Kevin P. Kornacki; )<br>MABEL TAVARES, an individual formerly )<br>known as MABEL D. KORNACKI; and )<br>DOES 1 through 20, inclusive, )<br>        Defendants. )<br>) | Civil Action No. 05-11499-KPN |

## **NOTICE OF APPEARANCE**

NOW COMES David B. Crevier and hereby enters his appearance on behalf of the Defendant David M. Kornacki in the above entitled matter.

Respectfully Submitted,

David M. Kornacki, as Administrator of the Estate of Kevin P. Kornacki

By his Attorneys,

_/s/ David B. Crevier_
David B. Crevier, BBO # 557242
Katherine R. Parsons, BBO# 657280
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email: dcrevier@crevierandryan.com
kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel of record by first class U.S. Mail, postage prepaid this 22nd day of July, 2005.

_____