IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JDS UNIPHASE CORPORATION BENEFITS COMMITTEE of the JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. KORNACKI, as Administrator of the Estate of Kevin P. Kornacki; MABEL TAVARES, an individual, formerly known as MABEL D. KORNACKI; and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil Action No. 05-11499-KPN |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CHARLES LEA DEEM, ESQ.

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff moves that Charles Lea Deem, Esq. of DLA Piper Rudnick Gray Cary US LLP be admitted to represent it before this Court. Mr. Deem's certificate is appended hereto.

                                      JDS UNIPHASE CORPORATION BENEFITS
                                      COMMITTEE of the JDS UNIPHASE
                                      CORPORATION EMPLOYEE 401(k)
                                      RETIREMENT PLAN

                                      By its Attorneys,

                                       /s/ Brooks A. Ames
                                      Bruce E. Falby (BBO# 544143)
                                      Brooks A. Ames (BBO# 641192)
                                      DLA PIPER RUDNICK GRAY CARY US LLP
                                      One International Place, 21st Floor
                                      Boston, MA 02110
                                      (617) 406-6000

Dated: August 2, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JDS UNIPHASE CORPORATION BENEFITS COMMITTEE of the JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. KORNACKI, as Administrator of the Estate of Kevin P. Kornacki; MABEL TAVARES, an individual, formerly known as MABEL D. KORNACKI; and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil Action No. 05-11499-KPN |

## *PRO HAC VICE* CERTIFICATE OF CHARLES LEA DEEM, ESQ.

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I hereby certify the following:

1. I am a member of the law firm of DLA Piper Rudnick Gray Cary US LLP and work in the office of the firm located at 401 B Street, Suite 1700, San Diego, CA 92101.

2. I am admitted to and have been an active member in good standing with the State Bar of California since 1983.

3. I am a member in good standing in every jurisdiction where I have been admitted practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

SD\1637262.1
352466-900700

5.  I am familiar with the Local Rules in the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 26 day of July, 2005.

                                                          Charles Lea Deem, Esq.