IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JDS UNIPHASE CORPORATION BENEFITS COMMITTEE of the JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. KORNACKI, as Administrator of the Estate of Kevin P. Kornacki; MABEL TAVARES, an individual, formerly known as MABEL D. KORNACKI; and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil Action No. 05-11499-KPN |

## NOTICE OF APPEARANCE OF BROOKS A. AMES

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in this matter as counsel for plaintiff JDS Uniphase Corporation Benefits Committee of the JDS Uniphase Corporation Employee 40(k) Retirement Plan.

Respectfully submitted

/s/ Brooks A. Ames
Bruce E. Falby (BBO# 544143)
Brooks A. Ames (BBO# 641192)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110
(617) 406-6000

Dated: August 2, 2005