AO 441 (Rev. 5 85) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### FOR THE

District of ___ MASSACHUSETTS

PLAINTIFF   JDS Uniphase Corp. Benefits
Committee of the JDS Uniphase Corp.Employee
401(k) Retirement Plan

V. DEFENDANT AND THIRD PARTY PLAINTIFF

David M. Kornacki, as Administrator of the Estate
of Kevin P. Kornacki

v. Defendant

Mabel Tavares, an individual formerly known as
Mabel D. Kornacki; and Does 1 through 20, inclusive

V. THIRD PARTY DEFENDANT

JDS Uniphase Corporation Employee 401(k)
Retirement Plan

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number: 05 - 11499 - MAP

To: Name and address of Third Party Defendant

JDS Uniphase Corporation Employee 401(k) Retirement Plan

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Hope  A. Case, Esq.
Charles L. Deem, Esq.
Gray Cary Ware & Freidenrich, LLP
4365 Executive Drive, Suite 1100
San Diego, CA 92121-2133

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)   Katherine R. Parsons
                     Crevier & Ryan, LLP
                     1500 Main Street, Suite 2020
                     Springfield, MA 01115

Defendant's Counsel:
                     Maurice Cahillane, Esq.
                     Egan Flanagan & Cohen, P.C.
                     67 Market Street, PO Box 9035
                     Springfield, MA 01102

an answer to the third-party complaint which is herewith served upon you within _20_ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**SARAH A. THORNTON**

July 22, 2005

CLERK _____

(By) DEPUTY CLERK
DATE

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __July 29, 2005__      _Kathleen G. R___
              Date              Signature of Server

_1500 Main Street, Suite 2020, Springfield, MA 01115_
Address of Server

I, _Charles L. Deem_ , am authorized and hereby accept service of the
Summons and Complaint on behalf of named party.

_Charles L. Deem_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.