IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JDS UNIPHASE CORPORATION BENEFITS COMMITTEE of the JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. KORNACKI, as Administrator of the Estate of Kevin P. Kornacki; MABEL TAVARES, an individual, formerly known as MABEL D. KORNACKI; and DOES 1 through 20, inclusive,<br><br>Defendants. | Civil Action No. 05-11499-MAP |

## NOTICE OF APPEARANCE

NOW COMES Charles L. Deem and hereby enters his appearance on behalf of the Plaintiff JDS Uniphase Corporation Benefits Committee of the JDS Uniphase Corporation Employee 401(k) Retirement Plan and counter-defendant JDS Uniphase Corporation Benefits Committee and in the above-entitled case.

Respectfully Submitted,

*/s/ Charles L. Deem*

Charles L. Deem, Esq.
DLA PIPER RUDNICK GRAY CARY US LLP
401 B Street, Suite 1700
San Diego, CA 92101
Tel: 619.699.2978
Fax: 619.699.2701

SD\1638195.1
352466-900700

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was served on counsel of record by first class U.S. Mail, postage prepaid this 15th day of August, 2005.

_____