UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| JDS UNIPHASE CORPORATION BENEFITS COMMITTEE of the JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN<br>　　　Plaintiff/Counterclaim Defendant<br>v. | ) ) ) ) ) ) | |
| DOES 1 through 20, inclusive<br>　　　Defendants<br>v. | ) ) ) ) | Civil Action No. 05-11499-MAP |
| DAVID M. KORNACKI, as Administrator of the Estate of Kevin P. Kornacki;<br>　　　Defendant/Cross Claim Plaintiff/<br>　　　Counterclaim Plaintiff/Third Party Plaintiff<br>v. | ) ) ) ) ) ) | |
| MABEL TAVARES, an individual formerly known as MABEL D. KORNACKI;<br>　　　Defendant/Cross Claim Defendant<br>v. | ) ) ) ) ) | |
| JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN<br>　　　Third Party Defendant | ) ) ) ) | |

## CERTIFICATION OF JDS UNIPHASE CORPORATION BENEFITS COMMITTEE AND JDS UNIPHASE CORPORATION EMPLOYEE 401(K) RETIREMENT PLAN CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Plaintiff JDS Uniphase Corporation Benefits Committee of the JDS Uniphase Corporation Employee 401(k) Retirement Plan, JDS Uniphase Corporation Employee 401(k) Retirement Plan, and the undersigned counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative

courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of

alternative dispute resolution programs such as those outlined in Local Rule 16.4.

JDS UNIPHASE CORPORATION BENEFITS
COMMITTEE of the JDS UNIPHASE
CORPORATION EMPLOYEE 401(k)
RETIREMENT PLAN

By:  Andrew Pollack
Its:  Associate General Counsel

Charles Lea Deem
M. Ray Hartman III
DLA PIPER RUDNICK GRAY CARY US LLP
401 B Street, Suite 1700
San Diego, CA  92101
(619) 699-2700 (*telephone*)
(619) 699-2701 (*fax*)

August 25, 2005

- 2 -