UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JDS UNIPHASE CORPORATION )<br>BENEFITS COMMITTEE OF THE )<br>JDS UNIPHASE CORPORATION )<br>EMPLOYEE 401(K) RETIREMENT )<br>PLAN, )<br>        Plaintiff )<br>)<br>vs. )<br>)<br>DAVID M. KORNACKI, ET AL )<br>        Defendants ) | CIVIL ACTION NO. 05-11499-MAP |

**CERTIFICATION**

Counsel and the undersigned hereby certify that they have conferred in order to establish a budget for the cost of conducting the full course of this litigation and to consider the resolution of the litigation through the use alternative dispute resolution.

_____
Maurice M. Cahillane, Esq., BBO# 069660
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121

_____
Mabel Tavares

12031-041375\96753.wpd