UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JDS UNIPHASE CORPORATION BENEFITS COMMITTEE of the JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN<br>    Plaintiff/Counterclaim Defendant<br>v.<br><br>DOES 1 through 20, inclusive<br>    Defendants<br>v.<br><br>DAVID M. KORNACKI, as Administrator of the Estate of Kevin P. Kornacki;<br>    Defendant/Cross Claim Plaintiff/<br>    Counterclaim Plaintiff/Third Party Plaintiff<br>v.<br><br>MABEL TAVARES, an individual formerly known as MABEL D. KORNACKI;<br>    Defendant/Cross Claim Defendant<br>v.<br><br>JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN<br>    Third Party Defendant | Civil Action No. 05-11499-MAP |

### DAVID M. KORNACKI'S CERTIFICATION REGARDING COSTS AND ALTERNATE DISPUTE RESOLUTION

Pursuant to Local Rule 16.1(d)(3), David M. Kornacki, as Administrator of the Estate of Kevin P. Kornacki, files this Certification Regarding Costs and Alternative Dispute Resolution.

**Certification Regarding Costs And Alternate Dispute Resolution**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course- and various alternative courses- of the litigation; and

that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
David M. Kornacki

Counsel to David M. Kornacki,

_____
David B. Crevier
Katherine R. Parsons