UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JDS UNIPHASE CORPORATION BENEFITS COMMITTEE of the JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN,<br>    Plaintiff/Counterclaim Defendant | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 05-11499-MAP |
| DOES 1 through 20, inclusive<br>    Defendants | ) ) ) ) | |
| v. | ) ) | |
| DAVID M. KORNACKI, as Administrator of the Estate of Kevin P. Kornacki,<br>    Defendant/Cross Claim Plaintiff/ Counterclaim Plaintiff/Third Party Plaintiff | ) ) ) ) ) ) ) | |
| v. | ) ) | |
| MABEL TAVARES, an individual formerly known as MABEL D. KORNACKI,<br>    Defendant/Cross Claim Defendant | ) ) ) ) ) ) | |
| v. | ) ) | |
| JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN,<br>    Third Party Defendant | ) ) ) ) | |

SCHEDULING ORDER
September 7, 2005

NEIMAN, U.S.M.J.

    The following schedule was established at the initial scheduling conference this

day:

1. The parties shall complete their automatic disclosures by September 21, 2005.

2. All written discovery and non-expert depositions shall be completed by December 30, 2005.

3. Counsel shall appear for a case management conference on January 9, 2006 at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: September 7, 2005

      /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN
      U.S. Magistrate Judge