# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| JDS UNIPHASE CORPORATION BENEFITS COMMITTEE of the JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN <br>     Plaintiff/Counterclaim Defendant <br> v. <br><br> DOES 1 through 20, inclusive <br>     Defendants <br> v. <br><br> DAVID M. KORNACKI, as Administrator of the Estate of Kevin P. Kornacki; <br>     Defendant/Cross Claim Plaintiff/ <br>     Counterclaim Plaintiff/Third Party Plaintiff <br> v. <br><br> MABEL TAVARES, an individual formerly known as MABEL D. KORNACKI; <br>     Defendant/Cross Claim Defendant <br> v. <br><br> JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN <br>     Third Party Defendant | Civil Action No. 05-11499-MAP |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Now come the JDS Uniphase Corporation Benefits Committee of the JDS Uniphase Corporation Employee 401(k) Retirement Plan ("the Committee"), the JDS Uniphase Corporation Employee 401(k) Retirement Plan ("the Plan"), David Kornacki ("Administrator Kornacki"), and Mabel Tavares ("Tavares") (hereinafter collectively referred to as "the parties") and move this Court to extend the discovery deadline in this case from December 30, 2005 to January 31, 2006.

In support of their motion, the parties state the following:

1. On or about September 7, 2005, the Court entered a Scheduling Order setting December 30, 2005 as the date for the close of written discovery and non-expert depositions.

2. The September 7, 2005 Scheduling Order also set a case management conference for January 9, 2006.

3. In accordance with the Scheduling Order, the Committee noticed the deposition of Tavares for December 13, 2005 and Administrator Kornacki noticed the deposition of the Committee for December 21, 2005.

4. Subsequent to the noticing of the above noted depositions, the parties commenced settlement negotiations.

5. In light of the pending settlement negotiations, the parties agreed to postpone the previously noted depositions to mid-January 2006.

Based on the foregoing, the parties respectfully request that this Court grant their motion to extend the discovery deadline from December 30, 2005 to January 31, 2006 and to reschedule the case management conference for a date convenient for this Court in February 2006.

Respectfully submitted,

Defendant/Cross Claim Plaintiff/Counterclaim Plaintiff/
Third Party Plaintiff,

DAVID M. KORNACKI

By his Attorneys,

/s/Katherine R. Parsons
David B. Crevier, BBO # 557242
Katherine R. Parsons, BBO # 657280
CREVIER & RYAN, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115
(413) 787-2400
(413) 781-8235 (fax)

- 3 -

Plaintiff/Counterclaim Defendant,

JDS UNIPHASE CORPORATION BENEFITS COMMITTEE of the JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN

and

Third Party Defendant,

JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN

By their Attorneys,

/s/Charles L. Deem
Charles L. Deem, pro hac vice
M. Ray Hartman, pro hac vice
DLA PIPER RUDNICK GRAY CARY US LLP
401 B Street, Suite 1700
San Diego, CA 92101

Bruce F. Falby, BBO # 544143
Brooks A. Ames, BBO # 641192
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110
(617) 406-6000

Defendant/Cross Claim Defendant,

MABEL TAVARES

By her Attorneys,

/s/Maurice M. Cahillane
Maurice M. Cahillane, BBO # 069660
EGAN, FLANAGAN AND COHEN
67 Market Street
P.O. Box 9035
Springfield, MA 01102
(413) 737-0260
(413) 737-0121 (fax)

- 3 -