UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JDS UNIPHASE CORPORATION )<br>BENEFITS COMMITTEE of the JDS )<br>UNIPHASE CORPORATION )<br>EMPLOYEE 401(k) RETIREMENT )<br>PLAN, )<br>    Plaintiff/Counterclaim Defendant )<br>)<br>           v. )<br>)<br>DOES 1 through 20, inclusive )<br>    Defendants )<br>)<br>           v. )<br>)<br>DAVID M. KORNACKI, as )<br>Administrator of the Estate of Kevin P. )<br>Kornacki, )<br>    Defendant/Cross Claim Plaintiff/ )<br>    Counterclaim Plaintiff/Third Party  )<br>    Plaintiff )<br>)<br>           v. )<br>)<br>MABEL TAVARES, an individual )<br>formerly known as MABEL D. )<br>KORNACKI, )<br>    Defendant/Cross Claim )<br>    Defendant )<br>)<br>           v. )<br>)<br>JDS UNIPHASE CORPORATION )<br>EMPLOYEE 401(k) RETIREMENT )<br>PLAN, )<br>    Third Party Defendant ) | Civil Action No. 05-11499-MAP |

<u>REVISED SCHEDULING ORDER</u>
December 14, 2005

NEIMAN, U.S.M.J.

    The court hereby ALLOWS the parties' Joint Motion to Extend Discovery

(Document No. 26) and revises the schedule as follows:

1. All written discovery and non-expert depositions shall be completed by January 31, 2006.

2. Counsel shall appear for a case management conference on February 9, 2006, at 11:30 a.m. in Courtroom Three. The January 9th conference is cancelled.

IT IS SO ORDERED.

DATED: December 14, 2005

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge