**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**



FILED
IN CLERK'S OFFICE

2006 FEB -9  A 11: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

JDS UNIPHASE CORPORATION BENEFITS
COMMITTEE of the JDS UNIPHASE
CORPORATION EMPLOYEE 401(k)
RETIREMENT PLAN,

        Plaintiff,

        v.

DAVID M. KORNACKI, as Administrator of the
Estate of Kevin P. Kornacki; MABEL TAVARES, an
individual, formerly known as MABEL D.
KORNACKI; and DOES 1 through 20, inclusive,

        Defendants.

Civil Action No. 05-11499-KPN

---

## NOTICE OF APPEARANCE OF LISA S. CORE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in this matter as counsel for plaintiff JDS Uniphase

Corporation Benefits Committee of the JDS Uniphase Corporation Employee 40(k) Retirement

Plan.

        Respectfully submitted

        Bruce E. Falby (BBO# 544143)
        Brooks A. Ames (BBO# 641192)
        Lisa S. Core (BBO# 658709)
        DLA PIPER RUDNICK GRAY CARY US LLP
        One International Place, 21st Floor
        Boston, MA 02110
        (617) 406-6000

Dated: February 9, 2006