UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JDS UNIPHASE CORPORATION )<br>BENEFITS COMMITTEE OF THE )<br>JDS UNIPHASE CORPORATION )<br>EMPLOYEE 401K RETIREMENT )<br>PLAN, )<br>    Plaintiff )<br>)<br>)<br>  v. )<br>)<br>)<br>DAVID KORNACKI, et al., )<br>    Defendants ) | Civil Action No. 05-11499-MAP |

SETTLEMENT ORDER OF DISMISSAL
February 22, 2006

  The court, having been advised on February 22, 2006, that the above-entitled action has been settled;

  IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                By the Court,

                /s/ Bethaney A. Healy
                Bethaney A. Healy
                Deputy Clerk