UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____

JDS UNIPHASE CORPORATION BENEFITS )
COMMITTEE of the JDS UNIPHASE CORPORATION )
EMPLOYEE 401(k) RETIREMENT PLAN )
    Plaintiff/Counterclaim Defendant )
v. )
 
DOES 1 through 20, inclusive )   Civil Action No. 05-11499-MAP
    Defendants )
v. )
 
DAVID M. KORNACKI, as Administrator of the )
Estate of Kevin P. Kornacki; )
    Defendant/Cross Claim Plaintiff/ )
    Counterclaim Plaintiff/Third Party Plaintiff )
v. )
 
MABEL TAVARES, an individual formerly known as )
MABEL D. KORNACKI; )
    Defendant/Cross Claim Defendant )
v. )
 
JDS UNIPHASE CORPORATION EMPLOYEE )
401(k) RETIREMENT PLAN )
    Third Party Defendant )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.

Respectfully submitted,

Plaintiff/Counterclaim Defendant,

JDS UNIPHASE CORPORATION BENEFITS
COMMITTEE of the JDS UNIPHASE CORPORATION
EMPLOYEE 401(k) RETIREMENT PLAN

1

and

Third Party Defendant,

JDS UNIPHASE CORPORATION EMPLOYEE 401(k) RETIREMENT PLAN

By their Attorneys,


/s/ M. Ray Hartman
Charles L. Deem, pro hac vice
M. Ray Hartman, pro hac vice
DLA PIPER RUDNICK GRAY CARY US LLP
401 B Street, Suite 1700
San Diego, CA 92101

Bruce F. Falby, BBO # 544143
Brooks A. Ames, BBO # 641192
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110
(617) 406-6000

| | |
|---|---|
| Defendant/Cross Claim Plaintiff/Counterclaim Plaintiff/Third Party Plaintiff, | Defendant/Cross Claim Defendant, |
| DAVID M. KORNACKI | MABEL TAVARES |
| By his Attorneys, | By her Attorneys, |
| /s/ Katherine R. Parsons | /s/ Maurice M. Cahillane |
| David B. Crevier, BBO # 557242<br>Katherine R. Parsons, BBO # 657280<br>CREVIER & RYAN, LLP<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115<br>(413) 787-2400<br>(413) 781-8235 (fax) | Maurice M. Cahillane, BBO # 069660<br>EGAN, FLANAGAN AND COHEN<br>67 Market Street<br>P.O. Box 9035<br>Springfield, MA 01102<br>(413) 737-0260<br>(413) 737-0121 (fax) |

## **CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 21st day of March 2006.

                                                    /s/ Katherine R. Parsons